MINNIE MEYER, as Executrix of ALFRED A. MEYER, Deceased, Appellant, *v.* MALCOLM W. HERON, Defendant, and AUGUSTINO IANNONE, Respondent.

(Argued October 24, 1933; decided November 21, 1933.)

*Thomas A. Shaw* for appellant.

*William E. Lyons* and *Barnett Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.